UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MOUNTAIN AREA REALTY, INC.,

    Plaintiff,

v.

WINTERGREEN PARTNERS, INC.,
et al.,

    Defendants.

Civil Action No. 1:07cv176 CMH/TCB

3:07CV00016

FILED MAR 2 8 2007 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT AT CHARLOTTESVILLE, VA FILED APR 10 2007 JOHN F. CORCORAN, CLERK BY: DEPUTY CLERK

## AGREED ORDER

THIS DAY came Defendants Wintergreen Partners, Inc., Roy Wheeler Realty Co., Robert S. Ashton, Lloyd W. Williams and Leland S. Kollmorgen (collectively, "Defendants"), by counsel, upon their Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), and upon the consent of Plaintiff Mountain Area Realty, Inc. ("Plaintiff"). For good cause shown, it is

ADJUDGED, ORDERED and DECREED that Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) is GRANTED and that the case be transferred to the Charlottesville Division of the United States District Court for the Western District of Virginia. It is further ORDERED that Plaintiff file any briefs in opposition to the remaining Motions filed by Defendants on March 15, 2007 no later than April 17, 2007, and that Defendants file any reply briefs no later than May 1, 2007.

ENTER this 28th day of March, 2007.

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
    DEPUTY CLERK

_Claude M. Hilton_
United States District Court Judge

I-751108.1

WE ASK FOR THIS:

*signature*

Conrad M. Shumadine (VSB #4325)
Michael R. Katchmark (VSB # 40440)
Brett A. Spain (VSB # 44567)
WILLCOX & SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: 757-628-5500
Facsimile: 757-628-5566

Dewey B. Morris (VSB #5739)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Telephone: 804-698-6225
Facsimile: 804-780-1813

*Counsel for Defendants*

SEEN AND AGREED:

*signature*

Geoffrey J. Greeves
C. Allen Foster
GREENBERG TRAURIG LLP
800 Connecticut Avenue, N.W.
Washington, DC 20006

Maria P. Logan
GREENBERG TRAURIG LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22101

Garret Rasmussen
ORRICK, HERRINGTON & SUTCLIFFE, LLP
Suite 200 Washington Harbor
3050 K Street, N.W.
Washington, DC 20007

Erik D. Bolog
6701 Democracy Blvd., Suite 515
Bethesda, MD 20817

*Counsel for Plaintiff*

2