CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 08 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

MOUNTAIN AREA REALTY, INC.,      )      CASE NO. 3:07CV00016
                                 )
          Plaintiff,             )
                                 )
v.                               )      ORDER
                                 )
WINTERGREEN PARTNERS, INC., et al., )
                                 )
          Defendants.            )
                                 )      By:   B. WAUGH CRIGLER
                                 )            U.S. MAGISTRATE JUDGE

Upon findings and conclusions set forth from the bench on June 7, 2007, it hereby is

O R D E R E D

that defendant Wintergreen Partners, Inc.'s May 18, 2007 motion to disqualify Greenberg

Traurig, LLP is GRANTED.[1]  Plaintiff shall have 45 days from the date hereof to secure new

counsel and have such counsel enter an appearance in the case.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all

counsel of record.

ENTERED:    _____
            United States Magistrate Judge

            June 8, 2007
            _____
            Date

---

[1]The court does not find that there is a conflict on the basis of the presence of C. Allen
Foster, Esq. in the case.