CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
DEC 21 2007 C'ville
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MOUNTAIN AREA REALTY, INC., *Plaintiff*, v. WINTERGREEN PARTNERS, INC., ET AL, *Defendants*. | CIVIL NO. 3:07cv00016 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on a Joint Motion to Continue, filed on November 1, 2007 (docket entry no. 107). For good cause shown, the Motion is hereby GRANTED. The parties are directed to contact scheduling clerk Heidi Wheeler at 434-296-9284 to set a new date for trial.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

December 21, 2007
Date