CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 19 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

MOUNTAIN AREA REALTY, INC.,

Plaintiff,

v.

WINTERGREEN PARTNERS, INC., et al.,

Defendants.

Civil Action No. 3:07CV00016

### ORDER

THIS DAY came the parties upon their joint motion for dismissal of the above-styled action.

UPON CONSIDERATION WHEREOF, it appearing to the Court that the subject matter of this action has been fully resolved between the parties; it is hereby

ADJUDGED, ORDERED and DECREED that all claims in this matter be, and hereby are, DISMISSED WITH PREJUDICE.

ENTERED this 19th day of March, 2008

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE